IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil case No.: 1:16-cv-01449-RBJ

LARSEN LAW OFFICES, LLC, a Colorado Limited Liability Company,
      Plaintiff,
v.

DAVID M. LARSON d/b/a LARSON LAW OFFICE,
      Defendant.

---

## DESIGNATION OF EXPERT

---

Plaintiff Larson Law Offices ("Plaintiff") hereby submits its designation of expert witness testimony pursuant to FED. R. CIV. P. 26(a).

**Peter Kent**.  If called at trial, Mr. Kent will testify generally in accordance with the attached expert report and accompanying exhibits.  Mr. Kent may supplement his report as trial approaches with more up-to-date information as received from Defendant or through outside sources.  Mr. Kent may also present a rebuttal critique of any report received from, or testimony ultimately presented at trial by, any expert designated by Defendant.  The attached report may be supplemented.  Fees for any deposition of Mr. Kent shall be in accord with the fee schedule set forth in the attached report and include payment for any necessary preparation time.

DATED: January 13, 2017

Respectfully submitted,

Thomas P. Howard, LLC

s/Thomas P. Howard
Thomas P. Howard
Scott E. Brenner

William C. Groh
Thomas P. Howard, LLC
842 W South Boulder Rd., #100
Louisville, CO 80027
303-665-9845
303-665-9847
thoward@thowardlaw.com

**<u>Certificate of Service</u>**

I hereby certify that on January 13, 2017, I filed the foregoing Designation of Expert with

the clerk of court using this Court's ECF system, which will send a notification of electronic

filing (NEF) to all counsel of record.  A copy of the attached expert report was has also been

sent via email to opposing counsel.

/s Thomas P. Howard
Thomas P. Howard

Thomas P. Howard
**ATTORNEYS FOR PLAINTIFFS**
